# EXHIBIT 3

1  **JENNER & BLOCK LLP**
   Kate T. Spelman (Cal. Bar No. 269109)
2  kspelman@jenner.com
3  633 West 5th Street, Suite 3600
   Los Angeles, CA 90071
4  Telephone:   (213) 239-5100
5  Facsimile:    (213) 239-5199

6  *Attorney for Defendant*
   Clearview AI, Inc.
7

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| STEVEN RENDEROS, VALERIA THAIS, SUÁREZ ROJAS, REYNA MALDONADO, LISA KNOX, MIJENTE SUPPORT COMMITTEE, and NORCAL RESIST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>CLEARVIEW AI, INC., and DOES 1-10<br><br>Defendant. | Case No. RG21091138<br><br>**CLEARVIEW AI, INC.'S NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Defendant Clearview AI, Inc. has removed this action to the
3  United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1441 *et seq.* A
4  file-stamped copy of the Notice of Removal is attached as Exhibit 1.

6  Dated: April 9, 2021                                          JENNER & BLOCK LLP

/s/ Kate T. Spelman
Kate T. Spelman

*Attorney for Defendant*
Clearview AI, Inc.

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is 633 West 5th Street, Suite 3600, Los Angeles, CA 90071-2054. I am over the age of eighteen years, and not a party to the within action. On April 9, 2021, I caused to be served the following documents in the manner described below:

## CLEARVIEW AI, INC.'S NOTICE OF REMOVAL

☑ (BY OVERNIGHT CLASS MAIL): I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained for overnight delivery.

On the following parties in this action:

| | |
|---|---|
| BRAUNHAGEY & BORDEN LLP<br>Ellen V. Leonida<br>leonida@braunhagey.com<br>Matthew Borden<br>borden@braunhagey.com<br>J. Noah Hagey<br>hagey@braunhagey.com<br>Athul K. Acharya<br>acharya@braunhagey.com<br>Gunnar K. Martz<br>martz@braunhagey.com<br>351 California St., Tenth Floor<br>San Francisco, CA 94104<br><br>JUST FUTURES LAW<br>Sejal R. Zota<br>sejal@justfutureslaw.com<br>Dinesh McCoy<br>dinesh@justfutureslaw.com<br>95 Washington St., Suite 104-149<br>Canton, MA 02021 | *Counsel for Plaintiffs Steven Renderos, Valeria Thais, Suárez Rojas, Reyna Maldonado, Lisa Knox, Mijente Support Committee, and Norcal Resist Fund* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 9, 2021, in Los Angeles, California.

                                                                */s/ Kate T. Spelman*
                                                                   Kate T. Spelman